FILED
HARRISBURG, PA

MAY 0 8 2018

Per _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:18-cr-0050 |
| v. | : | |
| JOSEPH R. GALLARDO, | : | |
| Defendant | : | |

### PLEA

AND NOW, this 8th day of May 2018, the within named defendant, hereby enters a plea of Not Guilty to the within indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)