UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:18-CR-150 |
| v. | : | (JUDGE RAMBO) |
| JOSEPH GALLARDO,<br>Defendant. | : | |

INFORMATION

COUNT 1
(Misprision of felony)

THE UNITED STATES ATTORNEY CHARGES:

From in or about November 2009 to in or about April 2011, in the Middle District of Pennsylvania and elsewhere, the defendant,

JOSEPH GALLARDO,

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, mail fraud and wire fraud, did conceal the same by causing unlawful proceeds to be deposited in a third party's bank accounts, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

All in violation of Title 18, United States Code, Section 4.

DAVID J. FREED
UNITED STATES ATTORNEY

*[signature]*

CARLO D. MARCHIOLI
ASSISTANT U.S. ATTORNEY

Date: 2/20/2020