IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:18-CR-00150 |
| v. | : | |
| JOSEPH GALLARDO | : | |

PLEA

AND NOW, this 4th day of June, 2020, the defendant, Joseph Gallardo, hereby pleads Guilty to the charges as set forth in the 1-Count Information.

_____ signed 05/29/2020
(Signature of Defendant)

_____
(Signature of Counsel)